# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Case No. 4:25mj108-MAF

**JEAN-MARIE LUBIN CELESTIN**

_____/

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bailey Vilimek, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since September 2023. Since September 2023, I have been assigned to Tallahassee, Florida. Prior to my assignment to Tallahassee, Florida, I graduated from the Federal Law Enforcement Training Center (FLETC) located in Brunswick, Georgia where I completed the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training (HSISAT). Prior to attending FLETC, I graduated from the State and Local Law Enforcement Academy at the Southeastern Public Safety Institute (SEPSI) in St. Petersburg, Florida.



2. During my time as a Special Agent, I have participated in criminal investigations involving local, national, and international drug trafficking organizations. I am currently assigned to the North Star Multijurisdictional Drug Task Force. In addition, I have participated in many cases involving search warrants, cellular phone tracking and vehicle Global Positioning System (GPS) tracking. In connection with my official HSI duties, I investigate criminal violations of federal laws, including but not limited to, Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 (drug trafficking offenses).

3. This affidavit is made in support of a Criminal Complaint against **JEAN-MARIE LUBIN CELESTIN** ("CELESTIN") (DOB: 06/07/1994). As set forth herein, there is probable cause to believe CELESTIN committed violations of Title 21, United States Code 841(a)(1) and 841(b)(1)(A)(viii), possession with intent to distribute methamphetamine involving 50 grams or more.

4. The information in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other law enforcement officials or cooperating witnesses, and based upon my review of records, documents and other physical evidence related to the activities described herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5. On July 25, 2025, Homeland Security Investigations (HSI) Assistant Special Agent in Charge (ASAC) Tallahassee, the Wakulla County Sheriff's Office (WCSO), and Leon County Sheriff's Office (LCSO) received information from a Confidential Informant (CI) that Jean-Marie Lubin CELESTIN was trafficking large quantities of illicit narcotics across the state of Florida. A recorded and controlled phone call was made to set up a controlled buy of methamphetamine later that day. The deal was ultimately rescheduled for the following day.

6. On July 26, 2025, through numerous controlled and recorded phone calls utilizing a CI, investigators set up a controlled buy of four (4) pounds of methamphetamine with CELESTIN for the same day. CELESTIN was heard on numerous recorded phone calls discussing the pricing and logistics of the sale of methamphetamine. CELESTIN was heard saying he needed to get in contact with other suppliers in his area to obtain more methamphetamine in order to reach the 4 pound quantity with such short notice. CELESTIN was also heard saying that his supplier would have more illicit narcotics delivered that following Monday and that they would be available for purchase the following day, Tuesday.

7. CELESTIN ultimately obtained the 4 pounds of methamphetamine as previously discussed and notified the CI via phone call that he had the methamphetamine and was leaving to drive to Tallahassee, Florida. The CI told

CELESTIN that the CI was staying at the Red Roof Inn located at 6737 Mahan Dr, Tallahassee, FL 32308. When CELESTIN arrived in Tallahassee, he was observed by agents pulling into the Circle K gas station located next door to the Red Roof Inn. CELESTIN was driving a red Chevrolet Malibu and was seen exiting the vehicle and entering the gas station. At that time, CELESTIN called the CI to inform the CI that he had arrived and was pulling up to the meeting location. CELESTIN was seen retrieving a black bag from the trunk of his vehicle and putting it in the front passenger seat. CELESTIN then drove next door to the Red Roof Inn and exited his vehicle with the same bag he was observed retrieving from his trunk at the gas station.

8. CELESTIN then walked up the stairs to the second-floor exterior hallway of the hotel. Once on the second floor, CELESTIN was confronted by law enforcement. Immediately upon being challenged and given commands by law enforcement, CELESTIN fled on foot, initiating a foot pursuit. While sprinting down the exterior hallway on the second floor of the hotel, CELESTIN began ripping open the bag containing the methamphetamine, throwing powder and shards of methamphetamine into the air, onto the floor of the hallway, onto the window ledges of the second-floor hotel rooms, onto the railings of the second floor walkway, and down on the first floor sidewalk area and parking spots. Once CELESTIN reached the end of the hallway and the staircase on the opposite side of the building, he ran

down one of the two flights of stairs to a landing halfway between the floors. Once on this landing, CELESTIN threw what remained of the bag of methamphetamine down into the bushes and grass area below the staircase and then proceeded to jump off the landing into the bushes below. CELESTIN crawled out of the bushes and ran across the parking lot into the tree line between the hotel and the Circle K gas station. CELESTIN ran through the tree line and entered the gas station parking lot, where he was apprehended and taken into custody without further incident.

9. In a post-*Miranda* interview with investigators, CELESTIN admitted that there was three or four pounds of methamphetamine in the black bag he had in his possession and that he was there at the Red Roof Inn to sell three or four pounds of methamphetamine to someone. CELESTIN also stated that he had driven from Ocala, Florida to Tallahassee, Florida to conduct the sale of methamphetamine. CELESTIN stated that he was released from prison approximately one year ago and has been selling narcotics for roughly the past seven (7) months after losing his job.

10. The methamphetamine seized was tested using the MX908 Handheld Mass Spectrometer and tested positive for methamphetamine. The methamphetamine was found to have an approximate weight of 1,768.6 grams. In addition to the methamphetamine, two plastic baggies containing marijuana were recovered from CELESTIN's vehicle.

## CONCLUSION

11.  Your affiant respectfully submits that probable cause exists to believe that CELESTIN has committed the above-listed offense and respectfully requests the issuance of an arrest warrant.

Respectfully submitted,

BAILEY VILIMEK  
Digitally signed by BAILEY VILIMEK  
Date: 2025.07.28 10:31:09 -04'00'

Bailey Vilimek  
HSI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means before me on July 28, 2025.

Midori A Lowry  
Digitally signed by Midori A Lowry  
Date: 2025.07.28 10:59:26 -04'00'

MIDORI A. LOWRY  
UNITED STATES MAGISTRATE JUDGE